**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. _____ |
| Plaintiff, | JUDGE _____ |
| vs. | INDICTMENT |
| FABIAEN L. MITCHELL, | 18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 924(a)(8) |
| | FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Possession of a Firearm by a Convicted Felon)

1. On or about October 24, 2025, in the Southern District of Ohio, the defendant, **FABIAEN L. MITCHELL**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock 22, .40 caliber pistol, serial number CBTE836, and the firearm was in and affecting interstate and foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

2. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3.  Upon conviction of the offense alleged in this Indictment, the defendant, FABIAEN L. MITCHELL, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such offense, including, but not limited to, a Glock 22, .40 caliber pistol, serial number CBTE836, and any associated ammunition or magazine.

Forfeiture in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL

s/Foreperson

_____

FOREPERSON

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

_____
TIMOTHY D. PRICHARD (0059455)
Assistant United States Attorney

2